**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1807**

---

In re:  LEANTHONY T. WINSTON, a/k/a Locks, a/k/a Lee Lee,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Norfolk.  (2:20-cr-00108-AWA-DEM-1)

---

Submitted:  December 23, 2025              Decided:  December 30, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petitions denied by unpublished per curiam opinion.

---

LeAnthony T. Winston, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony T. Winston petitions for a writ of mandamus, seeking an order directing the district court to set aside his convictions for sex trafficking, drug, and firearm offenses. We conclude that Winston is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought and "has no other adequate means to attain the relief [he] desires." *Murphy-Brown*, 907 F.3d at 795 (citation modified).

Winston has not established that he has a clear right to the relief sought. Therefore, that relief is not available by way of mandamus. Accordingly, we deny Winston's motion for judicial notice and the petitions for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*